ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :
                                      **ORDER**
        -v-                           :
                                      07 Cr. 901
AKIL GUITAN,                          :

        Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney John P. Cronan;

    It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.


Dated:  New York, New York
        October 4, 2007

                                    _____
                                    UNITED STATE MAGISTRATE JUDGE

                                    RONALD L. ELLIS
                                    United States Magistrate Judge
                                    Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AKIL GUITAN,

        Defendant.

## ORDER

07 Cr. 901

                MICHAEL J. GARCIA
                United States Attorney.