AUSA John P. Cronan
(212) 637-2779

**ORIGINAL**

CR 12 (Rev. 6/82)

## WARRANT FOR ARREST

### United States District Court

**DISTRICT**
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA v. AKIL GUITAN | DOCKET NO. 07 CRIM 901 | MAGISTRATE'S CASE NO |
|---|---|---|

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

AKIL GUITAN

WARRANT ISSUED ON THE BASIS OF:
☐ Order of Court
X Indictment   ☐ Information   ☐ Complaint

**DISTRICT OF ARREST**

TO: ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Bank fraud conspiracy; bank fraud; theft of Government property

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 04 2007

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION §§ 2, 641, 1344, 1349 |
|---|---|---|

BAIL: Debra Freeman, United States Magistrate Judge, Southern District of New York

OTHER CONDITIONS OF RELEASE

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE): [signature]

DATE ORDERED: 9/25/07

CLERK OF COURT   (BY) DEPUTY CLERK   DATE ISSUED

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 09/25/2007 | NAME AND TITLE OF ARRESTING OFFICER Michael D. Roberto US Postal Inspector | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE EXECUTED 10/04/2007 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.