# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------
          UNITED STATES OF AMERICA
                  against

      AKiL    GuiTAN
_____

 (Alias) _____


         _____

                        Please PRINT Clearly
--------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC
DATE FILED OCT 0 4 2007

07 CRIM 901

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF

## APPEARANCE

TO:  **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA    2. [X] RETAINED    3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [  ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _____9_____ YR. _1980_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:  NEW YORK,  NEW YORK

SIGNATURE _Robert R. Sims_

PRINT THE FOLLOWING INFORMATION CLEARLY

_Robert L. Sims, Jr_
Attorney for Defendant

_____
Firm name if any

_116 West 111th Street_
Street address

_New York NY 10026_
City        State        Zip

_212- 864-1600_
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186