UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

AKIL GUITAN,

                  Defendant.

------------------------------------------------------------x

07 CR 901 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

      Upon the application of defense counsel, consented to by the government, the pretrial conference scheduled for October 17, 2007 is adjourned until October 24, 2007 at 11:00 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed due to a scheduling conflict. Accordingly, the time between today and October 24, 2007 is excluded.

      SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       October 16, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07