```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :    MISDEMEANOR
                                      INFORMATION
         v.                      :    S1 07 Cr. 901 (PKC)

AKIL GUITAN,                     :

                  Defendant.     :

- - - - - - - - - - - - - - - - -x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 11 2008

COUNT ONE

The United States Attorney charges:

From in or about August 2005, up to and including in or about September 2005, in the Southern District of New York and elsewhere, AKIL GUITAN, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the United States Department of the Treasury, the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, GUITAN permitted checks issued by the United States Department of the Treasury, to which he was not entitled, to be deposited into and his bank account and permitted the proceeds of those checks to be withdrawn from his bank account.

(Title 18, United States Code, Sections 641 and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney